IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>　　Plaintiff,<br><br>v.<br><br>ALLIANCEONE, INC., ANDY GRACE,<br>INTERNATIONAL FIDELITY<br>INSURANCE COMPANY and JOHN<br>AND/OR JANE DOES 1-15,<br>　　Defendants. | §<br>§<br>§<br>§  EP-07-CA-244-PRM<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall close this matter.

SIGNED this 15th day of **April, 2008**.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE